# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0280. TAMIKA SEAY v. ASHLEY STINSON.

B. T. was born in 2017 and came into the custody of DFCS the following year. He was placed with his maternal grandmother, Tamika Seay, and her husband, Melvin Seay. When a home evaluation turned up a history of domestic violence between the Seays, the juvenile court entered an order removing B. T. from their home. Nearly three years later, the Seays filed an application for discretionary appeal, which we dismissed as untimely. See Case No. A22D0111 (Nov. 3, 2021).

Meanwhile, in November 2019, the Seays filed a petition in superior court to adopt B. T. The superior court denied the petition, and the Seays appealed to this Court. We affirmed in an unpublished opinion. See Case No. A20A1237 (Sept. 1, 2020). The Seays filed a petition for certiorari in the Supreme Court, which was denied. See Case No. S21C0265 (May 17, 2021).[1]

Back in the superior court, Tamika Seay filed a habeas corpus petition against Ashley Stinson, B. T.'s guardian ad litem, alleging that she (Seay) was the child's rightful legal custodian and demanding the child's return. The superior court granted Stinson's motion to dismiss, and Seay once more seeks discretionary review in this Court. We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par.

---

[1] After remittitur returned to the superior court, the Seays filed a second application for discretionary appeal in this Court, which they subsequently withdrew. See Case No. A22D0020 (Aug. 30, 2021).

III (4). Accordingly, we hereby TRANSFER this application to the Supreme Court for disposition.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/25/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    , *Clerk.*